# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tom Wymer, on behalf of himself and all others similarly situated and the proposed Minnesota Rule 23 Class, | Civil No. 11-3647 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Accurate Communication Solutions, Inc., Troy Detmar, individually, | |
| Defendants. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: December 21, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
