## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Tom Wymer, on behalf of himself, and all others similarly situated and the proposed Minnesota Rule 23 Class,

          Plaintiff,

v.

Accurate Communication Solutions, Inc., and Troy Detmar, individually,

          Defendants.

Civ. No. 11-3647 (RHK/LIB)

---

## ORDER APPROVING JOINT STIPULATION FOR
## CONDITIONAL CLASS CERTIFICATION PURSUANT TO THE FLSA

---

This matter is before the Court on the Parties' Joint Stipulation for Conditional Class Certification pursuant to the FLSA ("Joint Stipulation") (Doc. No. 20).  Having carefully considered the Joint Stipulation, and the Notice and Plaintiff Consent Form attached thereto ("Notice"), **IT IS ORDERED** that the Joint Stipulation and Notice and Plaintiff Consent Form attached thereto are **APPROVED**, and the Court **GRANTS** conditional certification of the collective class pursuant to the Fair Labor Standards Act. Notice to prospective class members shall be sent in accordance with the procedures in the Joint Stipulation.

Dated: March 26, 2012
                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge