# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Tom Wymer, on behalf of himself,
and all others similarly situated and
the proposed Minnesota Rule 23 Class,

        Plaintiff,

v.

Accurate Communication Solutions, Inc.,
and Troy Detmar, individually,

        Defendants.

Civil No. 11-3647 (RHK/LIB)

**ORDER TO STAY PROCEEDINGS
PENDING FINAL SETTLEMENT
APPROVAL**

---

    Based upon the parties' Stipulation to Stay Proceedings Pending Final Settlement Approval (Doc. No. 47), **IT IS ORDERED** that all pre-trial deadlines are **STAYED** in this action pending further Order of the Court.

Dated:  August 8, 2012

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge