# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tom Wymer, on behalf of himself, and all others similarly situated and the proposed Minnesota Rule 23 Class,<br><br>Plaintiff,<br><br>v.<br><br>Accurate Communication Solutions, Inc., and Troy Detmar, individually,<br><br>Defendants. | Civil No. 11-3647 (RHK/LIB)<br><br>**ORDER TO STAY PROCEEDINGS PENDING FINAL SETTLEMENT APPROVAL** |

Based upon the parties' Stipulation to Stay Proceedings Pending Final Settlement Approval (Doc. No. 47), **IT IS ORDERED** that all pre-trial deadlines are **STAYED** in this action pending further Order of the Court.

Dated: August 8, 2012

                                                                       s/Richard H. Kyle
                                                                       RICHARD H. KYLE
                                                                       United States District Judge