UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tom Wymer, on behalf of himself, and all others similarly situated and the proposed Minnesota Rule 23 Class, | Case No. 11-cv-03647-RHK-LIB |
| Plaintiff, | |
| v. | |
| Accurate Communication Solutions, Inc., and Troy Detmar, individually, | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE RECOGNITION PAYMENT**

Plaintiffs hereby move the Court for an order granting their Unopposed Motion for Attorneys' Fees, Costs and Class Representative Recognition Payment.

This Motion is based on the Memorandum in Support of the Unopposed Motion for Attorneys' Fees, Costs and Class Representative Recognition Payment, and all of the files, records and proceedings herein, as well as such oral and documentary evidence as may be presented at the hearing of this Motion.

Dated: November 30, 2012                 **NICHOLS KASTER, PLLP**

                                                        s/Reena I. Desai
                                                      Matthew H. Morgan, MN Bar No. 304657
                                                      Reena I. Desai, MN Bar No. 0388311
                                                      4600 IDS Center, 80 South 8th Street

Minneapolis, MN  55402
Telephone (612) 256-3200
Fax (612) 215-6870
morgan@nka.com
rdesai@nka.com

ATTORNEYS FOR PLAINTIFF, THE COLLECTIVE CLASS AND  THE MINNESOTA RULE 23 CLASS