UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tom Wymer, on behalf of himself,<br>and all others similarly situated and<br>the proposed Minnesota Rule 23 Class, | Civ. No. 11-3647 (RHK/LIB) |
| Plaintiff, | |
| v. | |
| Accurate Communication Solutions, Inc.,<br>and Troy Detmar, individually, | |
| Defendants. | |

---

### ORDER FOR FINAL APPROVAL OF THE CLASS AND COLLECTIVE ACTION SETTLEMENT

---

This matter came before the Court on December 10, 2012, on the Parties' Joint Motion for Final Approval of the Class and Collective Action Settlement (Doc. No. 57). Having considered the Motion, all supporting documents, and the arguments of counsel, and pursuant to Federal Rule of Civil Procedure 23 and 29 U.S.C. § 201 *et seq.*, and in accordance with the terms of the parties' Settlement Agreement, **IT IS ORDERED** that:

1. The Joint Motion (Doc. No. 57) is **GRANTED**, and the Court **APPROVES** the terms of the Settlement Agreement in all respects;

2. The Court makes **FINAL** the certification of the Minnesota Rule 23 Class (see Doc. No. 56), with Plaintiff Wymer as the Class Representative, and **APPROVES**

the appointment of Matthew H. Morgan and Reena I. Desai of Nichols Kaster, PLLP as Class Counsel;

      3.      The Court **APPROVES** the Distribution Plan of the Settlement Funds;

      4.      The Court **APPROVES** Southern Minnesota Regional Legal Services (SMRLS) as the Cy Pres Beneficiary; and

      5.      This action is **DISMISSED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 10, 2012                                     s/Richard H. Kyle
                                                                                    RICHARD H. KYLE
                                                                                    United States District Judge