UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tom Wymer, on behalf of himself, and all others similarly situated and the proposed Minnesota Rule 23 Class,<br><br>    Plaintiff,<br><br>v.<br><br>Accurate Communication Solutions, Inc., and Troy Detmar, individually,<br><br>    Defendants. | Civ. No. 11-3647 (RHK/LIB) |

---

### ORDER GRANTING ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE RECOGNITION PAYMENT

---

This matter came before the Court on December 10, 2012, on Plaintiff's unopposed Motion for Attorneys' Fees, Costs, and Class Representative Recognition Payment (Doc. No. 63). Having considered the Motion, all supporting documents, and the arguments of counsel, and pursuant to Federal Rule of Civil Procedure 23 and 29 U.S.C. § 201 *et seq.*, and in accordance with the terms of the parties' Settlement Agreement, **IT IS ORDERED** that:

  1.  The Motion (Doc. No. 63) is **GRANTED**;

  2.  Class Counsel is awarded $66,666.67 in attorneys' fees;

  3.  Class Counsel is awarded $1,200 in litigation costs; and

4. Class Representative Tom Wymer is awarded $1,000 as a recognition payment for his contributions to the case.

Dated: December 10, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge